# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund**

**DEBTOR:**   Tom Harber, Inc.

**CHAPTER 7 BANKRUPTCY CASE NO: 06-60203**

Please check one:

_____ Unclaimed Dividends

__X__ Distribution Less than $5

| Name of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| The Bernick Companies | 4 | $316.05 | $ .43 |
| Graber USA | 8 | $2,847.57 | $3.90 |
| J & B Imports | 9 | $2,740.81 | $3.75 |
| Regent Broadcasting | 10 | $1,290.79 | $1.77 |
| Minnesota Trails | 11 | $210.00 | $ .29 |
| SUQOI | 12 | $ 72.50 | $ .10 |

Letter -- Bankruptcy Court --
Unclaimed Dividends/Distribution
Less than $5

| | | | |
|---|---|---|---|
| Rudy Project | 13 | $139.75 | $ .19 |
| Banjo Brothers | 14 | $492.50 | $ .67 |
| High Speed Wax, Inc. | 16 | $480.00 | $ .66 |
| Sportsworks Northwest, Inc. | 17 | $963.18 | $1.32 |
| Patagonia | 18 | $1,534.83 | $2.10 |
| K-2 Corporation | 19 | $2,702.48 | $3.70 |
| Nestle USA | 21 | $849.04 | $1.16 |
| Smith Sport Optics, Inc. | 22 | $1.101.73 | $1.51 |
| Wigwam Mills, Inc. | 25 | $455.81 | $ .62 |
| Northern States Power Co. | 30 | $2,286.55 | $3.13 |

Date:   November 9, 2009                    /e/ Terri A. Running
                                            Terri A. Running, Trustee