# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

**DEBTOR:** Tom Harber, Inc.

CHAPTER 7 BANKRUPTCY CASE NO: 06-60203

Please check one:

__X__ Unclaimed Dividends

_____ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Bill Gerhart<br>1525 15th Ave. SE<br>St. Cloud, MN 56304 | 28 | $240.00 | $183.24 |

Date: June 16, 2010

/e/ Terri A. Running
Terri A. Running

Letter – Bankruptcy Court –
Unclaimed Dividends/Distribution
Less than $5